UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-24406-SCOLA

TAL HILSON,

    Plaintiffs,

vs.

NB2J INVESTMENTS LLC d/b/a

FRESKO,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

    Defendant, by and through undersigned counsel, hereby advises the Court that the parties have reached an agreement with respect to settlement of the above captioned action.

    THE LAW OFFICE OF
    ISAAC MAMANE, PA
    1150 Kane Concourse, Fla
    Bay Harbor Islands, Fl 33154
    Telephone (786)704-8898
    E-mail: mamane@gmail.com

    By: _s/Isaac Mamane_
        Isaac Mamane, ESQ.
        Fl. Bar No. 44561

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via transmission of Notices of Electronic Filing generated by CM/ECF, to Mark D. Cohen, Esq. of Mark D. Cohen, P.A., 4000 Hollywood Blvd., Presidential Circle, Suite #435 So., Hollywood, Florida 33021, on this 22nd day of December, 2014.

                                               THE LAW OFFICE OF
                                               ISAAC MAMANE, PA
                                               1150 Kane Concourse, Fla
                                               Bay Harbor Islands, Fl 33154
                                               Telephone (786)704-8898
                                               E-mail: mamane@gmail.com

                                               By: ___*s/Isaac Mamane*___
                                                     Isaac Mamane, ESQ.
                                                    Fl. Bar No. 44561